In re estate of Daniel J. Davis, deceased.

Eliza A. Davis et al., appellants, v. Maud R. Davis, individually and as administratrix, et al., appellees. Gen. No. 26,865.

Petition in probate court alleging fraud and misconduct by defendants in the settlement of an estate and praying for removal of the administratrix, disallowance of her claim as creditor, for payment to the heirs of their distributive shares and for other relief. Petition

dismissed in probate court for want of equity and in circuit court for want of jurisdiction. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed and remanded. Opinion filed January 17, 1922.

Boyle & Mott and Mason Brothers, for appellants; Henry B. Mason, of counsel. Charles Martin, for appellees.

Mr. Justice Morrill delivered the opinion of the court.